# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**CARLOS TORRES,**

Petitioner-Appellee,

v.                                                                **NO. 28,973**

**STATE OF NEW MEXICO EX REL.
TAXATION AND REVENUE
DEPARTMENT, MOTOR VEHICLE
DIVISION,**

Respondent-Appellant.

**APPEAL FROM THE DISTRICT COURT OF VALENCIA COUNTY
John W. Pope, District Judge**

Carlos Torres
Belen, NM

Pro Se Appellee

NM Taxation & Revenue Department
Julia A. Belles
Santa Fe, NM

for Appellant

**MEMORANDUM OPINION**

**CASTILLO, Judge.**

Summary reversal was proposed for the reasons stated in the notice of proposed disposition. No memorandum opposing summary reversal has been filed, and the time

for doing so has expired.

Reversed.

**IT IS SO ORDERED.**

_____
**CELIA FOY CASTILLO, Judge**

**WE CONCUR:**

_____
**JAMES J. WECHSLER, Judge**

_____
**RODERICK T. KENNEDY, Judge**